UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LINCOLN LATHAM, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | Civil No. 23-cv-12033-ADB |
| TYREEK BROWN, Speaker of Favre Street in Mattapan, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**<u>ORDER</u>**

BURROUGHS, D.J.

Now before the Court is Lincoln Latham's ("Latham") "Motion for Relief from a Final Judgement or Order." Doc. No. 7.

By Memorandum and Order dated September 7, 2023, this action was dismissed without prejudice. Doc. No. 3. The Court denied Latham's Petition for Restraining Order and noted that Latham had not commenced a civil action because he had not filed a complaint as required by the Federal Rules of Civil Procedure. <u>Id.</u> Because it was unclear whether Latham intended to file a new civil action, the Court dismissed the action without prejudice for lack of subject matter jurisdiction to let Latham decide whether he wishes to file a new action.

On September 18, 2023, Latham filed, in the closed case, a declaration in support of his petition for a restraining order. Doc. No. 5. The following day, on September 19, 2023, the Court entered an Electronic Order that Latham's declaration gives the Court no basis for reopening this action. Doc. No. 6.

Federal Rule of Civil Procedure 60(b) provides that, "[o]n motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for" various reasons. Fed. R. Civ. P. 60(b). "[R]elief under Rule 60(b) is extraordinary in nature and... motions invoking that rule should be granted sparingly." Karak v. Bursaw Oil Corp., 288 F.3d 15, 19 (1st Cir. 2002). Here, Latham has failed to demonstrate that he is entitled to the extraordinary relief he seeks. This case remains closed and, if Latham wishes to initiate a lawsuit against Tyreek Brown, he must initiate a new action by filing a civil complaint accompanied either by the $402 filing fee or an application to proceed without prepayment of the filing fee.

Accordingly, Latham's Motion (Doc. No. 7) for Relief from a Final Judgement or Order is DENIED and the case remains closed.

**SO ORDERED.**

October 5, 2023                                             /s/ Allison D. Burroughs
                                                            ALLISON D. BURROUGHS
                                                            U.S. DISTRICT JUDGE