UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LINCOLN LATHAM, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil No. 23-cv-12033-ADB |
| TYREEK BROWN, Speaker of Favre Street in Mattapan, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

BURROUGHS, D.J.

Now before the Court is Lincoln Latham's ("Latham") "Petition for Relief from a Final Judgement or Order." Doc. No. 9.

By Memorandum and Order dated September 7, 2023, this action was dismissed without prejudice. Doc. No. 3. The Court denied Latham's Petition for Restraining Order and noted that Latham had not commenced a civil action because he had not filed a complaint as required by the Federal Rules of Civil Procedure. Id. Because it was unclear whether Latham intended to file a new civil action, the Court dismissed the action without prejudice for lack of subject matter jurisdiction to let Latham decide whether he wishes to file a new action.

On September 18, 2023, Latham filed, in the closed case, a declaration in support of his petition for a restraining order. Doc. No. 5. The following day, on September 19, 2023, the Court entered an Electronic Order that Latham's declaration gives the Court no basis for reopening this action. Doc. No. 6.

On October 5, 2023, Latham's first Motion for Relief from a Final Judgment was denied. Doc. No. 8.  The Court found that Latham failed to demonstrate that he is entitled to the extraordinary relief he seeks.  The Court explained that the case remains closed and, if Latham wishes to initiate a lawsuit against Tyreek Brown, he must initiate a new action by filing a civil complaint accompanied either by the $402 filing fee or an application to proceed without prepayment of the filing fee.

Upon review of Latham's Petition for Relief from a Final Judgment, Doc. No. 9, the Court hereby orders:

1. The Petition for Relief from a Final Judgment, Doc. No. 9, is DENIED.

2. This action, in which Latham seeks to assert claims against Tyreek Brown, is closed and will not be reopened.

3. The Court will not accept any more documents from Latham for filing in this action, and the court ORDERS that Latham no longer attempt to make such filings.  The Court will not take any action on them, and they will be stricken from the record.  Failure to comply with this order may result in the imposition of sanctions.

4. This order does not prohibit Latham from exercising any appeal rights he may have in this matter.

**SO ORDERED.**

October 12, 2023                                          /s/ Allison D. Burroughs
                                                          ALLISON D. BURROUGHS
                                                          U.S. DISTRICT JUDGE